IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



| | |
|---|---|
| DARLENE DAVIS, ET AL. | PLAINTIFFS |
| VS. | NO. 1:03CV246Ro |
| LEFLEUR TRANSPORTATION OF TUPELO, ET AL. | DEFENDANTS |

### ORDER

THIS CAUSE is before the Court on the oral motion of the Plaintiffs to disburse certain funds being held by the Clerk of this Court in accordance with the settlement agreement reached by the Plaintiffs and Defendants and the parties being in agreement about the disbursement of funds and the Court having heard and considered same finds that the following Order should be entered.

IT IS, THEREFORE ORDERED AND ADJUGED as follows:

1.

The Clerk of the Court is directed to issue its check to the Trust Account of Sam M. Brand, Jr. from the registry of the Court the sum of $339,612.00.

2.

That Sam M. Brand, Jr. shall hold said proceeds in his trust account; that Sam M. Brand, Jr. may disburse the amount of settlement proceeds designated for each plaintiff only after each such plaintiff has executed the General and Absolute Release provided to Plaintiffs' counsel by counsel for Defendants, which Release shall specify the amount of the settlement proceeds paid to each such plaintiff.

3.

That Sam M. Brand, Jr. shall forward the fully executed original releases to counsel for Defendants as he obtains them, with corresponding dismissal orders signed by counsel for Plaintiffs.

SO ORDERED AND ADJUDGED, this the ___19th___ day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

READ, AGREED AND APPROVED:

_____
SAM M. BRAND, JR.
ATTORNEY FOR PLAINTIFFS

_____
HERBERT C. EHRHARDT
ATTORNEY FOR DEFENDANTS

2